**STATE of Missouri, Respondent,**

v.

**Alex C. CACIOPPO, Appellant.**

**No. WD 34976.**

Missouri Court of Appeals,
Western District.

July 10, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

---

Bernard Passer of Passer & Hanson, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from conviction for three counts of having possession and control of a controlled substance, in violation of § 195.020 and § 195.240, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).